JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>          Plaintiff-Respondent,<br><br>          v.<br><br>ELVIS EDGARDO MOLINA,<br><br>          Defendant-Petitioner. | No.   CV 16-4748 PA<br>      CR 13-826 PA<br><br>JUDGMENT DISMISSING<br>PETITIONER'S ACTION WITH<br>PREJUDICE |
| --- | --- |

Pursuant to the Court's September 23, 2016 Order denying Defendant-Petitioner Elvis Edgardo Molina's Motion to Vacate, Set Aside, or Correct Sentence, Pursuant to 28 U.S.C. § 2255,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Defendant-Petitioner's action is dismissed with prejudice.

DATED:  September 23, 2016

_____
                    Percy Anderson
          UNITED STATES DISTRICT JUDGE